UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ZOUHAIR CHOUCEIR                                    CIVIL ACTION

VERSUS                                                    NO. 24-2228

HARTFORD FIRE INSURANCE                        SECTION "R" (2)
COMPANY ET AL.

## ORDER AND REASONS

The Court has received defendants' unopposed motion for leave to present remote testimony.[1] The Court denies the motion.

Rule 43(a) provides that for "good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location." Fed. R. Civ. P. 43(a). The rule requires the defendants to address appropriate safeguards, which they have not done.

The motion is DENIED without prejudice to refiling to comply with the Rule 43(a) requirements.

New Orleans, Louisiana, this 18th day of June, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]     R. Doc. 45.